| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CSBN 138549)<br>Chief, Criminal Division |
| 4 | ANDREW M. SCOBLE (CSBN 124940)<br>Assistant United States Attorney |

**FILED**

JUN 2 1 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Ave.
San Francisco, California 94102
Telephone: (415) 436-7249
Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD WONG,<br>BARTHOLOMEW JOSEPH ALEXIS,<br>TOMMY TZEMAN CHOW,<br>I CHING CHU,<br>THEODORE HONNIBALL,<br>JEFFREY RANDALL JOE,<br>GENARO VALENTINE LOPEZ,<br>EDGAR ALLEN SANCHEZ,<br>EDWIN GORDON TOY, and<br>PHAT VAN VUONG,<br><br>    Defendants. | No.: CR 06-0428 SI<br><br>ORDER UNSEALING INDICTMENT<br>AND UNSEALING CASE |

Based upon the government's request, and for good cause appearing, THE COURT HEREBY ORDERS THAT the Indictment returned in this case on June 15, 2006, and the case, are unsealed.

DATED: 6/21/06

_____
HON. NANDOR J. VADAS
United States Magistrate Judge