| | |
|---|---|
| 1 | KEVIN V. RYAN (CASBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CASBN 138549)<br>Chief, Criminal Division |
| 4 | ANDREW M. SCOBLE (CASBN 124940)<br>ALEXIS HUNTER (NYSBN 3939824) |
| 5 | Assistant United States Attorneys |
| 6 | 450 Golden Gate Ave.<br>San Francisco, California 94102 |
| 7 | Telephone: (415) 436-7249<br>Fax: (415) 436-7234 |
| 8 | E-Mail: andrew.scoble@usdoj.gov<br>alexis.hunter@usdoj.gov |
| 9 | |
| 10 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR 06-0428 SI |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT COMPUTATION |
| RICHARD WONG,<br>BARTHOLOMEW JOSEPH ALEXIS,<br>TOMMY TZEMAN CHOW,<br>I CHING CHU,<br>THEODORE HONNIBALL,<br>JEFFREY RANDALL JOE,<br>GENARO VALENTINE LOPEZ,<br>EDGAR ALLEN SANCHEZ,<br>EDWIN GORDON TOY, and<br>PHAT VAN VUONG, | ) | |
| Defendants. | ) | |

Defendants Wong, Joe, and Toy appeared before the Court on December 15, 2006 with counsel. Defendant Chu (whose appearance had been previously waived) appeared through

1  counsel, Mary McNamara.  Defendants Chow, Honniball and Vuong were not present, as they
2  have previously been set for trial on April 23, 2007 with a separate Speedy Trial Act exclusion
3  ordered from October 20, 2006 through April 16, 2007.  Defendants Bart Alexis and Edgar Allen
4  Sanchez have not yet been brought before this Court and so were not present.  Defendant Lopez
5  was present for sentencing pursuant to a written plea agreement.
6      At the hearing, the Court set a briefing schedule for defendant Wong's motion for a bill
7  of particulars, and set the hearing for February 2, 2007 at 11:00 a.m.  The Court heard argument
8  on defendant Chu's motion to suppress evidence seized incident to arrest, and the Court
9  continued by one week the hearing on defendant Joe's motion to suppress the fruits of a state
10 search warrant executed at his residence.
11     The parties present agreed in open Court to a further Speedy Trial Act exclusion on the
12 basis of factual and legal complexity, and on the basis of the need for continuing of counsel.
13 Accordingly, based upon the parties' representations at the hearing, upon their prior
14 representations regarding the legal and factual complexity of this case, and upon their agreement
15 in open Court, THE COURT FINDS THAT the ends of justice served by granting a continuance
16 from December 15, 2006 through and including February 2, 2007 outweigh the best interest of
17 the public and the defendants in a speedy trial, and that the case is so legally and factually
18 complex, due to the nature of the prosecution (including the volume and range of discovery, and
19 the nature of the underlying investigation) and the number of defendants, that it is unreasonable
20 to expect adequate preparation for pretrial proceedings and for the trial within the otherwise
21 applicable time limits set forth in the Speedy Trial Act, within the meaning of 18 U.S.C. §
22 3161(h)(8)(A) & (B)(ii).
23     THE COURT FURTHER FINDS THAT failure to grant the requested continuance
24 would unreasonably deny the defendants continuity of counsel and the reasonable time necessary
25 for effective preparation, taking into account the exercise of due diligence, within the meaning of
26 //
27 //
28 //

ORDER EXCLUDING TIME
[CR 06-0428 SI]    2

18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

   Accordingly, THE COURT ORDERS THAT:

   1. This case is continued to February 2, 2007 at 11:00 a.m. for hearing on defendant Wong's motion for a bill of particulars and for further status and setting of motions and/or trial.

   2. The period from December 15, 2006 through and including February 2, 2007 is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(ii) & (iv).

   IT IS SO ORDERED.

DATED:

           HON. SUSAN ILLSTON
           United States District Judge

ORDER EXCLUDING TIME
[CR 06-0428 SI]       3