SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ANDREW M. SCOBLE (CASBN 124940)
ALEXIS HUNTER (NYSBN 3939824)
Assistant United States Attorneys

   450 Golden Gate Ave.
   San Francisco, California  94102
   Telephone:  (415) 436-7249
   Fax:  (415) 436-7234
   E-Mail:    andrew.scoble@usdoj.gov
              alexis.hunter@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD WONG, <br> BARTHOLOMEW JOSEPH ALEXIS, <br> TOMMY TZEMAN CHOW, <br> I CHING CHU, <br> THEODORE HONNIBALL, <br> JEFFREY RANDALL JOE, <br> EDGAR ALLEN SANCHEZ, <br> EDWIN GORDON TOY, and <br> PHAT VAN VUONG, <br><br> Defendants. | No.:  CR 06-0428 SI <br><br> [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT COMPUTATION |

   Defendants Wong, Joe and Toy appeared before the Court on February 2, 2007 with counsel.  Defendant Chu (whose appearance had been previously waived) appeared through

ORDER EXCLUDING TIME
[CR 06-0428 SI]

counsel, August Gugelmann. Defendants Chow, Honniball and Vuong were not present, as they have previously been set for trial on April 23, 2007 with a separate Speedy Trial Act exclusion. Defendants Bart Alexis and Edgar Allen Sanchez had not yet been brought before this Court and so were not present.

At the parties' joint request, the Court put the matter over to April 6, 2007 at 11:00 a.m., in order for defendant Toy's counsel (who has recently substituted in to the case) to review the voluminous discovery, and for the parties to pursue plea negotiations, now that the government has filed its bill of particulars. All parties present agreed in open Court to a further Speedy Trial Act exclusion on the basis of factual and legal complexity, and on the basis of the need for continuity of counsel. Accordingly, based upon the parties' representations at the hearing, upon their prior representations regarding the legal and factual complexity of this case, and upon their agreement in open Court, THE COURT FINDS THAT the ends of justice served by granting a continuance from February 2, 2007 through and including April 6, 2007 outweigh the best interest of the public and the defendants in a speedy trial, and that the case is so legally and factually complex, due to the nature of the prosecution (including the volume and range of discovery, and the nature of the underlying investigation) and the number of defendants, that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial within the otherwise applicable time limits set forth in the Speedy Trial Act, within the meaning of 18 U.S.C. § 3161(h)(8)(A) & (B)(ii).

THE COURT FURTHER FINDS THAT failure to grant the requested continuance would unreasonably deny the defendants continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

//
//
//
//
//

ORDER EXCLUDING TIME
[CR 06-0428 SI]        2

1     Accordingly, THE COURT ORDERS THAT:

2     1.     This case is continued to April 6, 2007 at 11:00 a.m. for further status, including specifically the status of the parties' efforts to resolve this case short of trial.

    2.     The period from February 2, 2007 through and including April 6, 2007 is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(ii) & (iv).

    IT IS SO ORDERED.

DATED:                                        *[signature]*
                                                 HON. SUSAN ILLSTON
                                                 United States District Judge