| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCSBN 9990)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CASBN 138549)<br>Chief, Criminal Division |
| 4 | ANDREW M. SCOBLE (CASBN 124940)<br>ALEXIS HUNTER (NYSBN 3939824) |
| 5 | Assistant United States Attorneys |
| 6 | 450 Golden Gate Ave.<br>San Francisco, California 94102 |
| 7 | Telephone: (415) 436-7249<br>Fax: (415) 436-7234 |
| 8 | E-Mail: andrew.scoble@usdoj.gov<br>alexis.hunter@usdoj.gov |
| 9 | |
| 10 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR 06-0428 SI | |
| Plaintiff, | ) | | |
| | ) | [PROPOSED] ORDER FURTHER | |
| v. | ) | EXCLUDING TIME FROM SPEEDY | |
| | ) | TRIAL ACT COMPUTATION | |
| RICHARD WONG,<br>BARTHOLOMEW JOSEPH ALEXIS,<br>I CHING CHU,<br>JEFFREY RANDALL JOE,<br>EDGAR ALLEN SANCHEZ, and<br>EDWIN GORDON TOY, | )<br>)<br>)<br>)<br>)<br>) | | |
| Defendants. | ) | | |

Defendants Wong, Joe, Sanchez and Toy appeared before the Court on April 6, 2007 with counsel. Counsel August Gugelmann appeared on behalf of defendant Chu (whose appearance was waived through stipulated order); he also appeared specially for Michael Stepanian, on behalf of defendant Edgar Allen Sanchez. Counsel Mark Rosenbush, who appeared with

ORDER EXCLUDING TIME
[CR 06-0428 SI]

1 | defendant Joe, also appeared specially for Gail Shifman, on behalf of defendant Toy.  Defendant
2 | Bart Alexis has not yet been brought before this Court.
3 |     At the parties' joint request, the Court put the matter over to June 22, 2007 at 11:00 a.m.,
4 | so that the parties may complete their plea negotiations, which are currently under way and which
5 | have been impacted by the filing of the government's bill of particulars, and so that defendant
6 | Toy's counsel (who replaced previous counsel for Mr. Toy relatively recently) may continue her
7 | review of the voluminous discovery.  All parties present agreed in open Court to a further Speedy
8 | Trial Act exclusion on the basis of factual and legal complexity, and on the basis of the need for
9 | continuity of counsel.  However, the government and defendant Edgar Allen Sanchez expressly
10 | agreed that Mr. Sanchez's agreement to this Speedy Trial Act exclusion is without prejudice to
11 | any motion he may bring to dismiss the indictment against him under the Speedy Trial Act based
12 | on the delay in effecting his removal from the Central District of California (where he was first
13 | arrested) to this District.
14 |     Accordingly, based upon the parties' representations at the hearing, upon their prior
15 | representations regarding the legal and factual complexity of this case, and upon their agreement
16 | in open Court, THE COURT FINDS THAT the ends of justice served by granting a continuance
17 | from April 6, 2007 through and including June 22, 2007 outweigh the best interest of the public
18 | and the defendants in a speedy trial, and that the case is so legally and factually complex, due to
19 | the nature of the prosecution (including the volume and range of discovery – which defense
20 | counsel continue to review in light of the bill of particulars – and the nature of the underlying
21 | investigation) and the number of defendants, that it is unreasonable to expect adequate
22 | preparation for pretrial proceedings and for the trial within the otherwise applicable time limits
23 | set forth in the Speedy Trial Act, within the meaning of 18 U.S.C. § 3161(h)(8)(A) & (B)(ii).
24 |     THE COURT FURTHER FINDS THAT failure to grant the requested continuance would
25 | unreasonably deny the defendants continuity of counsel and the reasonable time necessary for
26 | effective preparation, taking into account the exercise of due diligence, within the meaning of
27 | 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
28 |     Accordingly, THE COURT ORDERS THAT:

ORDER EXCLUDING TIME
[CR 06-0428 SI]    2

1. This case is continued to June 22, 2007 at 11:00 a.m. for status regarding the parties' efforts to reach plea resolutions. At this appearance, any parties who have not reached a resolution of the case should be prepared to set a trial date. Accordingly, all such defendants and their counsel shall appear in person, so that the Court may set trial dates.

2. The period from April 6, 2007 through and including June 22, 2007 is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(ii) & (iv).

IT IS SO ORDERED.

DATED:

_____
HON. SUSAN ILLSTON
United States District Judge

ORDER EXCLUDING TIME
[CR 06-0428 SI]                            3