SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ANDREW M. SCOBLE (CASBN 124940)
Assistant United States Attorney

    450 Golden Gate Ave.
    San Francisco, California 94102
    Telephone: (415) 436-7249
    Fax: (415) 436-7234
    E-Mail: andrew.scoble@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 06-0428 SI |
|     Plaintiff, ) | |
|     v. ) | [PROPOSED] ORDER FURTHER EXCLUDING TIME FROM SPEEDY TRIAL ACT COMPUTATION |
| RICHARD WONG, ) BARTHOLOMEW JOSEPH ALEXIS, ) I CHING CHU, ) JEFFREY RANDALL JOE, ) EDGAR ALLEN SANCHEZ, and ) EDWIN GORDON TOY, ) | |
|     Defendants. ) | |

    Defendants Wong, Chu, Joe, Sanchez and Toy appeared before the Court on June 22, 2007 with counsel. Defendant Bart Alexis has not yet been brought before this Court. The government appeared through Assistant U.S. Attorneys Andrew M. Scoble and Alexis Hunter.

    At the parties' joint request, the Court put the matter over to September 7, 2007 at 11:00 a.m., so that the parties may continue with informal settlement negotiations prior to a formal

ORDER EXCLUDING TIME
[CR 06-0428 SI]

referral of the case for a settlement conference. Defendants Chu and Joe requested a separate, earlier referral to a settlement judge in the event that informal negotiations fail to produce a resolution of their cases; the Court ordered that these two defendants report by July 7, 2007 as to whether a separate referral to a settlement judge would be necessary, to allow a settlement referral for these two defendants prior to the September 7, 2007 hearing. All parties present agreed in open Court to a further Speedy Trial Act exclusion on the basis of factual and legal complexity (given the volume of discovery, the number of defendants, the existence of wiretap evidence, and the factual intertwining of this case with CR 05-0375 SI and CR 06-0426 SI), and on the basis of the need for continuity of counsel. However, as before, the government and defendant Edgar Allen Sanchez expressly agreed that Mr. Sanchez's agreement to this Speedy Trial Act exclusion is without prejudice to any motion he may bring to dismiss the indictment against him under the Speedy Trial Act based on the delay in effecting his removal from the Central District of California (where he was first arrested) to this District.

Accordingly, based upon the parties' representations at the hearing, upon their prior representations regarding the legal and factual complexity of this case, and upon their agreement in open Court, THE COURT FINDS THAT the ends of justice served by granting a continuance from June 22, 2007 through and including September 7, 2007 outweigh the best interest of the public and the defendants in a speedy trial, and that the case is so legally and factually complex, due to the nature of the prosecution (including the volume and range of discovery – which defense counsel continue to review in light of the bill of particulars – and the nature of the underlying investigation) and the number of defendants, that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial within the otherwise applicable time limits set forth in the Speedy Trial Act, within the meaning of 18 U.S.C. § 3161(h)(8)(A) & (B)(ii).

//
//
//
//

ORDER EXCLUDING TIME
[CR 06-0428 SI]                    2

1       THE COURT FURTHER FINDS THAT failure to grant the requested continuance would unreasonably deny the defendants continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

      Accordingly, THE COURT ORDERS THAT:

      1.    This case is continued to September 7, 2007 at 11:00 a.m. for status regarding the parties' informal efforts to reach plea resolutions. The parties shall be prepared to report on the progress of informal settlement discussions and the need for referral to a settlement judge.

      2.    The period from June 22, 2007 through and including September 7, 2007 is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(ii) & (iv).

      IT IS SO ORDERED.

DATED:

*[signature]*

HON. SUSAN ILLSTON
United States District Judge

ORDER EXCLUDING TIME
[CR 06-0428 SI]      3