SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ANDREW M. SCOBLE (CASBN 124940)
Assistant United States Attorney

    450 Golden Gate Ave.
    San Francisco, California  94102
    Telephone:  (415) 436-7249
    Fax:  (415) 436-7234
    E-Mail:    andrew.scoble@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 06-0428 SI |
|     Plaintiff, ) | |
|     v. ) | [PROPOSED] ORDER FURTHER EXCLUDING TIME FROM SPEEDY TRIAL ACT COMPUTATION |
| RICHARD WONG, ) BARTHOLOMEW JOSEPH ALEXIS, ) I CHING CHU, ) JEFFREY RANDALL JOE, ) EDGAR ALLEN SANCHEZ, and ) EDWIN GORDON TOY, ) )     Defendants. ) | |

    Defendants Wong, Sanchez and Toy appeared before the Court on September 7, 2007 with counsel.  Government counsel reported that defendant Bartholomew Joseph Alexis had been arrested that morning but had not yet been brought before the Court.  The government appeared through Assistant U.S. Attorney Andrew M. Scoble.

    The parties all reported that they have been making progress with informal settlement

ORDER EXCLUDING TIME
[CR 06-0428 SI]

1    talks, and that they therefore believe that referral to a settlement judge is unnecessary.  At the
2    parties' joint request, the Court put the matter over to November 16, 2007 at 11:00 a.m., to allow
3    the parties to complete settlement negotiations.  All parties present agreed in open Court that a
4    further Speedy Trial Act exclusion is appropriate on the basis of factual and legal complexity
5    (given the volume of discovery, the number of defendants, the existence of wiretap evidence, and
6    the factual intertwining of this case with CR 05-0375 SI and CR 06-0426 SI), and on the basis of
7    the need for continuity of counsel.  (The government and defendant Edgar Allen Sanchez have
8    already agreed that Mr. Sanchez's concurrence in Speedy Trial Act exclusions is without
9    prejudice to any motion he may bring to dismiss the indictment against him under the Speedy
10   Trial Act, based on the delay in effecting his removal from the Central District of California –
11   where he was first arrested – to this District.)
12       Government counsel also represented that, once defendant Alexis has made his initial
13   appearance and obtained counsel, the government will work with defense counsel to set the
14   matter on this Court's earliest available criminal calendar.
15       Accordingly, based upon the parties' representations at the hearing, upon their prior
16   representations regarding the legal and factual complexity of this case, and upon their agreement
17   in open Court, THE COURT FINDS THAT the ends of justice served by granting a continuance
18   from September 7, 2007 through and including November 16, 2007 outweigh the best interest of
19   the public and the defendants in a speedy trial, and that the case is so legally and factually
20   complex, due to the nature of the prosecution (including the volume and range of discovery –
21   which defense counsel continue to review in light of the bill of particulars – and the nature of the
22   underlying investigation) and the number of defendants, that it is unreasonable to expect
23   adequate preparation for pretrial proceedings and for the trial within the otherwise applicable
24   time limits set forth in the Speedy Trial Act, within the meaning of 18 U.S.C. § 3161(h)(8)(A) &
25   (B)(ii).
26       THE COURT FURTHER FINDS THAT, based upon the parties' representations about
27   current settlement discussions as well as the potential impact of defendant Alexis's being
28   brought before the Court, failure to grant the requested continuance would unreasonably deny

ORDER EXCLUDING TIME
[CR 06-0428 SI]                    2

the defendants continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

Accordingly, THE COURT ORDERS THAT:

1. This case is continued to November 16, 2007 at 11:00 a.m. for either change of plea or trial setting.

2. The period from September 7, 2007 through and including November 16, 2007 is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(ii) & (iv).

IT IS SO ORDERED.

DATED:

_____
HON. SUSAN ILLSTON
United States District Judge

ORDER EXCLUDING TIME
[CR 06-0428 SI]                    3