1  JOSEPH P. RUSSONIELLO  (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  ANDREW M. SCOBLE (CSBN 124940)
   NICOLE KIM (NYBN 4435806)
5  Assistant United States Attorney

6    450 Golden Gate Ave.
     San Francisco, California  94102
7    Telephone:  (415) 436-7249
     Fax:  (415) 436-6982
8    E-Mail:    andrew.scoble@usdoj.gov
                nicole.kim@usdoj.gov
9
   Attorneys for Plaintiff
10

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

15

16
   UNITED STATES OF AMERICA,         )   No.: CR 06-0428 SI
17                                   )   No.: CR 05-0375 SI
              Plaintiff,             )
18                                   )   STIPULATION  CONTINUING
              v.                     )   HEARING; AND [PROPOSED] ORDER
19                                   )
   RICHARD WONG,                     )
20                                   )
              Defendant.             )
21 _____ )

22

23                              STIPULATION

24       The parties, through undersigned counsel, STIPULATE that the hearing for change of

25 plea in the above-described two cases, which is currently set for January 18, 2008, may – with

26 the Court's concurrence –  be continued to February 1, 2008 at 11:00 a.m.  The reason for this

27 requested continuance is that the parties have not yet succeeded in reducing all of the terms of the

28 plea agreement to writing, including especially the terms of criminal forfeiture.  Unfortunately,

   STIPULATION; ORDER                      1

the negotiation process has been delayed by difficulties in coordinating the schedules of counsel (some of whom have been out of state and out of the country) and the unavailability of the IRS-CI case agent (who has spearheaded the forfeiture investigation) due to a very serious medical issue in her family which has necessitated extended leave from work.  The parties represent that they are working on the written plea agreement and anticipate that the change of plea can go forward on the proposed new date.

Dated:             JOSEPH P. RUSSONIELLO
                   United States Attorney

                          /s/
                   _____
                   ANDREW M. SCOBLE
                   NICOLE KIM
                   Assistant United States Attorneys

                          /s/
Dated: _____
                   DAVID M. MICHAEL
                   Attorney for Defendant

                          /s/
Dated: _____
                   EAN VIZZI
                   Attorney for Defendant

[PROPOSED] ORDER

Based upon the above Stipulation, and for good cause appearing, THE COURT ORDERS THAT:

1.  The change of plea in this case is continued to Friday, February 1, 2008 at 11:00 a.m.

Dated:             _____
                   HON. SUSAN ILLSTON
                   United States District Judge

STIPULATION; ORDER                    2