EAN VIZZI, Esq. (CSBN 209444)
506 Broadway
San Francisco, CA 94133
Tel: 415/986-5591
Fax: 415/421-1331

Attorney for Defendant,
RICHARD WONG

**FILED**
JUL 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 06-00428 SI and CR-00375 SI |
| Plaintiff, | STIPULATION AND ORDER ALLOWING TRAVEL |
| v. | |
| RICHARD WONG, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE AND AGREE that defendant RICHARD WONG may travel outside the Northern District of California, from July 17- July 21, 2008, to Hawaii. Prior to travel, defendant RICHARD WONG agrees to provide Pretrial Services with his travel itinerary and contact information and other travel information as requested by Pretrial Services.

Pretrial Services Officer Michelle Nero has advised counsel that she has no objection to the requested travel plans, under the conditions proposed herein.

/s/ EAN VIZZI
EAN VIZZI
Attorney for Defendant

/s/ NICOLE KIM
NICOLE KIM
Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: 7/8/08

~~MARIA-ELENA JAMES~~ Nandor Vadas
U.S. Magistrate Judge