EAN VIZZI, Esq. (CSBN 209444)
506 Broadway
San Francisco, CA 94133
Tel: 415/986-5591
Fax: 415/421-1331

Attorney for Defendant,
RICHARD WONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR 06-00428 SI and CR-00375 SI |
|---|---|
| Plaintiff, | STIPULATION AND ORDER ALLOWING TRAVEL |
| v. | |
| RICHARD WONG, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE AND AGREE that defendant RICHARD WONG may travel outside the Northern District of California, from September 26, 2009 through October 3, 2009, to Hawaii. Prior to travel, defendant RICHARD WONG agrees to provide Pretrial Services with his travel itinerary and contact information and other travel information as requested by Pretrial Services.

Pretrial Services Officer Joshua Libby has advised counsel that he has no objection to the requested travel plans, under the conditions proposed herein.

/s/
EAN VIZZI
Attorney for Defendant

/s/
NICOLE KIM
Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: September 2, 2009

BERNARD ZIMMERMAN
U.S. Magistrate Judge