1  EAN VIZZI, Esq. (CSBN 209444)
   506 Broadway
2  San Francisco, CA 94133
   Tel: 415/986-5591
3  Fax: 415/421-1331

4  Attorney for Defendant,
   RICHARD WONG

**RECEIVED**
AUG 2 8 2009
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

ORIGINAL

**FILED**
SEP 2 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,                CR 06-00428 SI and CR-00375 SI

10         Plaintiff,                       STIPULATION AND ORDER
                                            ALLOWING TRAVEL
11    v.

12 RICHARD WONG,

13         Defendant.
                              /

15     THE PARTIES HEREBY STIPULATE AND AGREE that defendant RICHARD
16 WONG may travel outside the Northern District of California, from September 26, 2009
17 through October 3, 2009, to Hawaii. Prior to travel, defendant RICHARD WONG agrees to
18 provide Pretrial Services with his travel itinerary and contact information and other travel
19 information as requested by Pretrial Services.
20     Pretrial Services Officer Joshua Libby has advised counsel that he has no objection to
21 the requested travel plans, under the conditions proposed herein.

23  /s/                                     /s/
    EAN VIZZI                               NICOLE KIM
24  Attorney for Defendant                  Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: _____ 09

BERNARD ZIMMERMAN
U.S. Magistrate Judge

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331